IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

OLIVIA TAYLOR,                          §
     Plaintiff,                      §
                                        §
v.                                      §        CIVIL ACTION NO. H-05-2711
                                        §
HSBC MORTGAGE SERVICES,                 §
INC., *et al.*,                         §
     Defendants.                     §

## MEMORANDUM AND ORDER

This case is before the Court on Plaintiff Olivia Taylor's Motion to Remand

[Doc. # 28], to which no opposition has been filed.  The original defendants removed

this case to federal court on the basis of diversity jurisdiction.  After the case was

removed, several non-diverse defendants were added after Plaintiff was granted leave

to file two amended complaints.  *See* Amended Complaint [Doc. # 12]; Order [Doc.

# 13]; Second Amended Complaint [Doc. # 18]; Order [Doc. # 24].

Remand to state court is required if, after removal, the plaintiff joins additional

defendants whose joinder destroys subject matter jurisdiction.  *See* 28 U.S.C.

§ 1447(e); *Cobb v. Delta Exports, Inc.*, 186 F.3d 675, 677 (5th Cir. 1999)

("post-removal joinder of non-diverse defendants . . . destroys diversity for

jurisdictional purposes and requires remand, even when the newly joined defendants are not indispensable").  Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Remand [Doc. # 28] is **GRANTED** in accordance with 28 U.S.C. § 1447(e).  The Court will issue a separate Remand Order.

SIGNED at Houston, Texas, this **19th** day of **April, 2006.**

Nancy F. Atlas
United States District Judge