IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLIVIA TAYLOR, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2711 |
| | § | |
| HSBC MORTGAGE SERVICES, | § | |
| INC., *et al.*, | § | |
|     Defendants. | § | |

## **REMAND ORDER**

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Plaintiff's Motion to Remand [Doc. # 28] is **GRANTED** and this case is **REMANDED** to the 240th Judicial District Court for Fort Bend County, Texas.

SIGNED at Houston, Texas, this **19th** day of **April, 2006.**

_____
Nancy F. Atlas
United States District Judge